David A. Kochman (DK1809)
Reed Smith LLP
599 Lexington Avenue
New York, New York 10022
T: 212.521-5400
F. 212.521-5450
dkochman@reedsmith.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SIEMENS PRODUCT LIFECYCLE
MANAGEMENT SOFTWARE INC.,

           Plaintiff,

v.

DOES 1-100,

           Defendants.

---

Case No.: _____

**RULE 7.1 STATEMENT**

Plaintiff Siemens Product Lifecycle Management Software Inc. by and through its attorneys discloses pursuant to Fed. R. Civ. P. 7.1 that it is a wholly owned subsidiary of Siemens Industry, Inc., which is not publicly traded. Siemens Industry, Inc. is a wholly owned subsidiary of Siemens Corporation, which is not publicly traded. Siemens Corporation is indirectly owned, through one or more companies, by Siemens AG, a German corporation, which is publicly traded on the New York Stock Exchange.

DATED this the 18th day of March, 2014.

                                          _____
                                          David A. Kochman (DK1809)
                                          REED SMITH LLP
                                          599 Lexington Avenue
                                          New York, NY 10022
                                          Telephone: 1 212 521 5400
                                          Facsimile: 1 212 521 5450

                                          *Counsel for Plaintiff*
                                          *Siemens Product Lifecycle Management*
                                          *Software Inc.*