USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: **MAR 3 1 2014**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

SIEMENS PRODUCT LIFECYCLE
MANAGEMENT SOFTWARE, INC.,

      Plaintiff,

 -v-

DOES 1-100,

      Defendants.

------------------------------------------------------------X

14 Civ. 1926 (KBF)

<u>ORDER</u>

KATHERINE B. FORREST, District Judge:

 It is hereby ORDERED that:

1. Lead counsel for all parties shall appear for an initial pretrial conference ("IPTC") on **May 16, 2014 at 2:00 p.m.** In actions where not all parties have appeared through counsel via ECF, all counsel in receipt of this order scheduling the IPTC shall, forthwith, notify all other parties (or, if known, their attorneys) of the IPTC by serving each of them with a copy of the order scheduling the IPTC and with a copy the Court's Individual Practices in Civil Cases. Counsel shall file proof of such service with the Court.

2. At least **four business days prior** to the IPTC, the parties shall jointly submit a proposed schedule in accordance with the form available at http://www.nysd.uscourts.gov/judge/Forrest.

   3. Counsel shall consult the Court's Individual Practices in Civil Cases (also available at http://www.nysd.uscourts.gov/judge/Forrest) and comply with all other requirements for the IPTC. <u>See</u> Rule 4.B.

SO ORDERED.

Dated:   New York, New York
         March 3⎵, 2014

                                      _____
                                      KATHERINE B. FORREST
                                      United States District Judge