UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SIEMENS PRODUCT LIFECYCLE MANAGEMENT SOFTWARE, INC., <br><br> Plaintiff, <br><br> v. <br><br> DOES 1-100, <br><br> Defendants. | Case No.: 14 Civ. 1926 (KBF) <br><br> **NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that, upon the accompanying Motion and Memorandum of Law, and all pleadings and papers on file or to be filed in the above-entitled action, arguments of counsel and other matters that may properly come before the Court for its consideration, the undersigned attorneys for Siemens Product Lifecycle Management Software, Inc. ("Plaintiff") will move the Honorable Katherine B. Forrest, United States District Court Judge, at the United States District Courthouse, 500 Pearl Street, Room 15A, New York, New York, at a date and time to be determined by the Court, for an Order, pursuant to Fed. R. Civ. P. 26(d)(1) and 45, compelling the production of certain documents by Road Runner Holdco, LLC, Comcast Corporation, Verizon Communications, Inc., and Cox Communications (collectively, the "Third Party ISP's").

Dated: New York, New York
 April 21, 2014

 Respectfully submitted,

 REED SMITH LLP

 /s/ Peter C. Gourdine
 Peter C. Gourdine (PG 6016)
 David A. Kochman (DK 1809)

- 2 -

REED SMITH LLP
599 Lexington Avenue
New York, NY 10022-7650
Telephone: +1 212 521 5400
Facsimile: +1 212 521 5450

*Counsel for Plaintiff*

*Siemens Product Lifecycle Management Software, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 21, 2014, a true and correct copy of the foregoing was filed electronically with the Court using the CM/ECF system, which will send notification to counsel of record for the parties.

/s/ *Peter C. Gourdine*
Peter C. Gourdine