```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 2 3 2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SIEMENS PRODUCT LIFECYCLE
MANAGEMENT SOFTWARE, INC.,

       Plaintiff,      14 Civ. 1926 (KBF)

   -v-

                 ORDER

DOES 1-100,

       Defendants.

------------------------------------------------------------X

KATHERINE B. FORREST, District Judge:

  In light of the return date for the subpoena attached as Exhibit A to the discovery order signed by the Court bearing today's date, the initial pretrial conference scheduled for May 16, 2014 is adjourned to **July 11, 2014 at 9:30 a.m.**

  SO ORDERED.

Dated:  New York, New York
      April 23, 2014

                  _____
                  KATHERINE B. FORREST
                  United States District Judge