# ReedSmith

**David A. Kochman**
Direct Phone: +1 212 205 6056
Email: dkochman@reedsmith.com

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
+1 212 521 5400
Fax +1 212 521 5450
reedsmith.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 05 2014

June 4, 2014

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

**Re: Siemens Product Lifecycle Management Software, Inc. v Does 1-100**
   **Case No. 14 CIV 1926 (KBF)**

Dear Judge Forrest:

I represent plaintiff Siemens Product Lifecycle Management Software, Inc. ("Plaintiff") in the above-referenced action. I write to notify Your Honor that I have accepted an in-house position and will no longer be counsel of record in this matter. Reed Smith will continue to represent Plaintiff through my colleague, Peter C. Gourdine, who also has filed an appearance on behalf of Plaintiff. As such, Plaintiff will suffer no prejudice on account of my departure.

By this letter, I respectfully request that the Court permit me to withdraw as counsel of record for Plaintiff in this action.

Respectfully submitted,

*/s/ David A. Kochman*
David A. Kochman

cc:   Peter C. Gourdine, Esq.

So ordered.
K. B. Forrest
USDJ
6/5/14